UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCOY and
NICHOLAS BOLLEA, as
Personal Representatives of the
ESTATE OF TERRY G. BOLLEA,          Case No.:

     Plaintiff,

v.

BUBBA THE LOVE SPONGE CLEM,

     Defendant.
_____/

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiffs, Terry McCoy and Nicholas Bollea, as co-personal representatives of the Estate of Terry G. Bollea (the "Estate"), sue Defendant, Bubba The Love Sponge Clem ("Clem"), and allege as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     This is an action for injunctive relief and damages in excess of $75,000, exclusive of attorney's fees and costs.

2.     Terry G. Bollea, professionally known as Hulk Hogan ("Bollea"), was an internationally known professional wrestler, motion picture and television actor, and sports entertainment personality who enjoyed mainstream popularity worldwide as "Hulk Hogan." Bollea passed away on July 24, 2025.

3.     Terry McCoy and Nicholas Bollea are co-personal representatives of the Estate of Terry Bollea and are authorized to bring this suit on behalf of the Estate.

4.      Clem is an individual who resides in Pinellas County, Florida and therefore this Court has personal jurisdiction over Clem.

5.      This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1114 and 1125 and 28 U.S.C. §§ 1331 and 1338(a) because this is an action asserting claims under the Lanham Act and the Copyright Act. This Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

6.      Pursuant to section 28 U.S.C. § 1391(b), venue is proper in this District because Clem resides in this District.

## GENERAL ALLEGATIONS

**A.      Background.**

7.      Bollea was an internationally known professional wrestler, motion picture and television actor, and sports entertainment personality who enjoyed mainstream popularity as "Hulk Hogan."

8.      "Hulk Hogan" is a federally registered trademark and service mark under Registration Number 3385823 (the "Hulk Hogan Mark").

9.      Clem is a radio and podcast host. Clem hosts a daily morning show called the Bubba the Love Sponge Morning Show.

10.      In or about the summer of 2007, Clem secretly and unlawfully recorded Bollea and Clem's then-wife engaged in consensual private conduct in a private room, and transferred the recording onto a DVD (the "Unauthorized Video"). Bollea had no knowledge that he was being recorded, and he never gave consent to being recorded.

2

11.    Approximately five years later, in March 2012, reports surfaced about the existence of the Unauthorized Video.

12.    Later that year, a copy of the Unauthorized Video was transmitted to Gawker Media, LLC ("Gawker"). At the time, Gawker was an online media company that operated eight websites including Gawker.com.

13.    Gawker created a one-minute and forty second edited version of the Unauthorized Video (the "Gawker Video") and published it on its website alongside a narrative describing the Gawker Video in graphic detail.

14.    On October 4, 2012, Gawker published the Gawker Video, which included images of Bollea completely nude and engaged in sexual activity.

15.    Bollea sued Gawker for publication of the Gawker Video and separately sued Clem and, his then-wife, Heather Clem on claims related to the unlawful recording, creation, and dissemination of the Unauthorized Video.

**B.    Bollea and Clem enter into a settlement agreement.**

16.    On October 25, 2012, Bollea entered into a settlement agreement with Clem (the "Settlement Agreement"), resolving his lawsuit against him.[1]



---

[1] The Settlement Agreement includes a provision pursuant to which the parties agreed to maintain the confidentiality of the terms of the Settlement Agreement. Consequently, the Estate has not attached a copy of the Settlement Agreement to this complaint and has redacted portions of the complaint that disclose the substance of the Settlement Agreement. Contemporaneous with this complaint, the Estate is filing a motion for leave to submit an unredacted version of the complaint and a copy of the Settlement Agreement under seal.





22.     Following execution of the Settlement Agreement, Bollea registered the Unauthorized Video with the United States Copyright Office under Registration No. PAu 3-639-502. A true and correct copy of the Certificate of Registration is attached as **Exhibit A**.

**C.    Clem seeks approval from Bollea to participate in a documentary about the Unauthorized Video.**

23.    Years later, in 2020, Clem was purportedly approached to participate in a documentary regarding his "rise, fall and road to redemption" aimed at restoring Clem's brand.





28.    On June 18, 2025, Clem ignited a media firestorm by starting rumors on the Bubba the Love Sponge Show that Bollea was on his deathbed.

30.    For example, during his June 18, 2025 show, Clem stated, "If you did some sniffing around, you might find him at a hospital near you and it's not good. I got some pretty reliable information last night that there are phone calls being made to various family members about getting to town to come say their goodbyes."[2]

31.    Clem further claimed that he heard "Hogan is in the hospital and I've heard people say that he might not make it" and that "he's not doing well, he's not in good shape." *Id.*

---

[2] Clem's June 18, 2025 show is available on YouTube at: https://www.youtube.com/watch?v=G-zbia-ndRI&t=12650s

32.     Clem speculated that Bollea's condition was a heart issue related to complications from surgery, and that Bollea exasperated his condition by working too hard following the surgery.[3]

33.     Clem also posted a clip from his show discussing these issues to his Instagram account (@thebubbaarmy) with the following caption:



34.     Clem's comments were immediately picked up by numerous news outlets and broadly circulated online. The national media began speculating about Bollea's health, and Bollea's family and friends received constant inquiries.

35.     On June 19, 2025, Clem doubled down on the discussion regarding Bollea's health, and he spent nearly 40 minutes discussing and speculating on Bollea's health during his show. Clem claimed that he heard "that Hulk Hogan is on a ventilator" which he referred to as "the kiss of death." In fact, the title for that day's

show was "Hulk Hogan on Life Support?!" and included a photograph of Bollea in a hospital bed:[4]



36.    Clem also created a separate YouTube video of this segment titled "New Details Emerge in Hulk Hogan Health Scare!"[5]



37.    Undoubtedly pleased with national attention his comments were receiving, Clem sought to exploit the interest he manufactured in Bollea's health.

38.    Over the next month, Clem regularly and consistently discussed Bollea's health condition on his shows and made sensationalistic claims based on his alleged

---

[4] Clem's June 18, 2025 show is available on YouTube at: https://www.youtube.com/watch?v=G-zbia-ndRI&t=12653s&pp=0gcJCbIJAYcqIYzv
[5] This video is available on YouTube at: https://www.youtube.com/watch?v=JvMC093uGes&list=PLf_nl4Dxg-ynTK819aHYNk6-4E72ZtmDN&index=3

"sources."[6] Clem routinely posted clips of those discussions to Instagram, Facebook, YouTube, and other sites with captions about Bollea.

39.    For example, during his show on June 27, 2025, Clem claimed, among other things, that Bollea was in intensive care with a heart valve issue, that there were discussions about Bollea having a heart transplant, that Bollea was still on a ventilator, and that Bollea was in a medically induced coma.[7]

40.    Clem published a video clip of his commentary to various social media sites with captions that further discuss Bollea's health. For example, on Instagram, Clem posted the following caption with a video clip from his June 27, 2025 show:[8]

---

[6] Clem did not disclose the identity of his sources, but it is reasonable to believe any such source would be violating Bollea's privacy and, possibly, HIPAA regulations governing the dissemination of private medical information.

[7] Clem's June 27, 2025 show is available on YouTube at: https://www.youtube.com/watch?v=1cVyeZwmdTA

[8] The Instagram video and caption are available at: https://www.instagram.com/p/DLakv9rvzsn/



41.    On his July 1, 2025 show, Clem speculated that Bollea was still in the hospital and that there was no way he would be out any time soon. He also claimed that doctors were concerned about brain damage. Clem posted a clip from his July 1, 2025 show to X with the following caption:[9]

---

[9] The X video clip and caption are available at:
https://x.com/TheBubbaArmy/status/1940035324693905571



42.    On his July 7, 2025 show, Clem claimed that Bollea suffered brain damage and that his doctors did not know the extent of the issue. Clem also posted a clip from his July 7, 2025 show to his social media pages, including to his X account with the following caption:[10]



43.    On his July 9, 2025 show, Clem speculated that Bollea has been in the ICU for nearly six weeks.[11]

---

[10] The X video clip and caption are available at:
https://x.com/TheBubbaArmy/status/1942192244468961516
[11] Clem's July 9, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=DH0CKwRcgMg

44.    On his July 18, 2025 show, Clem perpetuated a rumor that Bollea "was being kept alive on a machine."[12] He further claimed that Bollea "may never be the same" and discussed alleged complications from a purported surgery Bollea had undergone. Clem asserted that his "sources" told him the purported surgery "caused permanent damage – to his back, vocal cords, even his esophagus."

45.    The above examples are not exhaustive, but are a representative sample of the many instances between June 18, 2025 and July 23, 2025 ███████████ ████████████████████████████████████████████████████.

**F.    Bollea tragically passes away.**

46.    On July 24, 2025, Bollea tragically passed away.

47.    Upon Bollea's death, his rights under the Settlement Agreement, ███ ███████████████, and his copyrights in the Unauthorized Video and any other content transferred by Clem to Bollea ████████████████████████ ██████████████. Likewise, the Hulk Hogan Mark passed to the Estate as well.

**G.    Clem exploits Bollea's death to garner support and to promote his show and documentary.**

48.    The day after Bollea passed away, Clem spoke at length about Bollea's death. However, rather than simply honor Bollea's legacy, Clem discussed the Unauthorized Video, the lawsuits surrounding the Unauthorized Video, Clem's role

---

[12] Clem's July 18, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=fwCyhM3MiYg

in the creation of the Unauthorized Video, and various other topics, ███████████
████████████████████████████.[13]

49.    But perhaps more disturbing ███████████████████████████████
███████████████████████████████ is that Clem has used Bollea's death as
an opportunity to promote a forthcoming documentary about the Unauthorized
Video.

50.    Apparently, Clem has been involved in the creation of a documentary
titled "Video Killed the Radio Star: The untold story of the Hulk Hogan sex tape
scandal" (the "Documentary"). According to Clem, the Documentary will "walk
people through the sex tape drama" and "gets into the sex tape more so than anybody
has ever covered it . . ."[14]

51.    The Documentary is set to be released on September 12, 2025, but "pre-
buys" will be available on September 3, 2025. Those who pre-buy the Documentary
will get 20 to 30 minutes of additional video that will include behind the scenes
footage, outtakes, or other material that was not included in the Documentary. Once
released, the Documentary will be available through iTunes, Apple, Amazon Prime,
Google Play, Hulu, and on Clem's YouTube Channel.[15]

---

[13] Clem's July 25, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=NciGKsyNEiA&t=5045s
[14] On August 21, 2025, Clem appeared on "The Coach and Bro" show on the Behind the Turnbuckle Studios YouTube channel where he discussed the Documentary. Clem's appearance is available on YouTube at: https://www.youtube.com/watch?v=HlqQBvFNfPI
[15] *See supra,* note 13.

52.     At the time Bollea passed away, the Documentary was not ready to be released, much to Clem's chagrin. On the day after Bollea's death, Clem made it clear that he wished the documentary was already available so he could capitalize on the timing of Bollea's death. During his Friday, July 25, 2025 show, Clem stated "I wish it could be ready now. Couldn't be any more hotter of a topic."[16]

53.     Clem lamented about how the Documentary would get so much more attention if it was being released at that time: "I wish the documentary would drop right now. God, but it's just such a--from getting insurance to getting clearance—it's just a really painstaking process and we've been told one month. Well, this will still--I mean it won't be near the buzz it is now, but it'll still be topical."[17]

54.     The following Monday, Clem was back promoting his Documentary. On July 28, 2025, Clem appeared on Piers Morgan Uncensored show to discuss his relationship with Bollea. At one point during the appearance, Clem was asked whether he had an opportunity to reconcile with Bollea. After responding to the question, Clem then seized the chance to promote his Documentary.[18]

55.     It was apparent that Clem hoped to exploit Bollea's death to promote his Documentary and to draw further attention to himself and his show. But, as Clem recognized, the "buzz" around Bollea's death would likely die down by the time his Documentary was set to release.

---

[16] *See supra,* note 12.
[17] *Id.*
[18] Clem's appearance on the Piers Morgan Uncensored show is available on YouTube at: https://www.youtube.com/watch?v=vP_txUdCobI

56.    To address this "problem," Clem began perpetuating and manufacturing sensationalistic storylines surrounding Bollea's death attempting to avoid making defamatory comments by couching such storylines about the cause and manner of Bollea's death as his "opinion."

57.    Indeed, within a week of Bollea's death, Clem started to suggest that something suspicious had occurred. On his August 1, 2025 show, Clem suggested that the Church of Scientology was involved in some sort of cover-up to protect Bollea's wife who Clem said was a Scientologist. Clem questioned why there was no autopsy of Bollea's body, theorized that the Church of Scientology may have been responsible for deciding there would not be an autopsy, and speculated that there was "more to the story."[19]

58.    During his August 4, 2025 show, Clem questioned why the medical examiner did not complete a report and why an autopsy was not done.[20] He again speculated that there was more at play, and he posted clips from his show with the following captions on X:[21]

---

[19] Clem's August 1, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=FGRdgNoTEsM
[20] Clem's August 4, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=u5qOCfunbCs
[21] The X clip and captions are available at:
https://x.com/TheBubbaArmy/status/1952506042497298505
and https://x.com/TheBubbaArmy/status/1952526398318322156, respectively.



59.     On August 5, 2025, Bollea's daughter, Brooke, called into Clem's show and further perpetuated the notion that there was something suspicious about Bollea's death.[22]

60.     Brooke's appearance garnered national attention for Clem and his show. Unsurprisingly, Clem promoted his Documentary on his show the following day telling one caller "it will blow your mind."[23]

61.     When talking about the potential success of the Documentary, Clem stated:

---

[22] Clem's August 5, 2025 show is available on YouTube at: https://www.youtube.com/watch?v=PCOc9C-xzs4

[23] Clem's August 6, 2025 show is available on YouTube at: https://www.youtube.com/watch?v=jCMWsLwWsY4&t=12050s

as long as it's taken to get out, we've we've actually stumbled upon **some very lucky timing** and it's very relevant. **Brooke Hogan certainly helped things yesterday**. That got a ton. I mean, you know, . . . that story was nationally distributed, which might, you know, get me booked on the some very influential podcaster podcasts, you know, maybe a little easier. . . . **Hogan just dying being very topical**. It coming out in four weeks or less. . . I think it really has a chance to to be big. I really do.

*Id.*

62.    Over the following weeks, Clem continued to speculate about Bollea's death implying that something nefarious had occurred. Among other theories, Clem suggested that Bollea overdosed on pain medication, that someone injected something into a dialysis machine that caused Bollea's death, and that others were somehow involved in Bollea's death.

63.    On August 18, 2025, Clem appeared on "The Bubba Army Podcast, Bubba Uncensored" during which he provided a detailed update regarding his Documentary including the release date and the date on which people could pre-buy the Documentary.[24] Clem also stressed the need to reach 1,000 pre-buys because, according to Clem, that pre-buy threshold will get the Documentary into an algorithm that will push the Documentary to the front page of sites and attract additional promotion.

---

[24] The audio for Clem's appearance on "The Bubba Army Podcast, Bubba Uncensored" on August 18, 2025 is available at: https://art19.com/shows/the-bubba-army-podcast/episodes/d1ac3024-009f-45c5-87ec-f813cc0d7f59

64.     Clem also discussed his plans to try to promote the Documentary on some of the most popular podcasts in the United States, including those hosted by Joe Rogan, Theo Von, Jake Paul, and Tucker Carlson.

65.     In the days after Clem provided this Documentary update, he became even more outrageous in his accusations about Bollea's death. For example, on August 19, 2025, Clem stated that "if you have Scientology ties, this is strictly my opinion, you might have something to do with Hulk Hogan's death."[25] Clem also suggested that management in the Clearwater police department was corrupted by the Church of Scientology and was covering up details regarding Bollea's death. *Id.*

66.     At another point in his show, he claimed "one of you out there killed him and everybody's in on the cover-up." *Id.* Clem even posted a clip from his show on X with a caption stating that he believed Bollea was murdered:[26]



67.     Clem continued peddling his conspiracy theories while also promoting the Documentary in the days that followed. On August 21, 2025, Clem said that "the

---

[25] Clem's August 19, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=4QEe0vUy6VA&t=11406s
[26] The X clip and caption are available at:
https://x.com/TheBubbaArmy/status/1957762802128494849

DEA and the Feds need to step in."[27] That same day, Clem appeared on Wrestling With the Devil A Lee Cole 111 Podcast and was back to promoting his Documentary and discussing the Unauthorized Video.[28] Clem also appeared on the Coach and Bro show where he speculated about Bollea's death insisting that "something shady went down," and again promoted his Documentary.[29] On the same show, Clem expressly stated his intention to provide a copy to Vincent Russo ("Russo"), one of the hosts of the podcast. Upon information and belief, Clem did, in fact, transmit a copy of the video or a means for viewing the same to Russo, affecting publication of the federally registered, protected Unauthorized Video.

68.     On August 25, 2025, Clem stated that he thought Bollea's wife, Sky, and son, Nick, had something to with Bollea's death because they stood the most to gain.[30]

69.     Clem couched his outrageous accusations that Sky and Nick were involved in Bollea's death as "his opinion," although he made his baseless and horrific accusations against the implied background of weeks of "insider sources" providing him information regarding Bollea's health.

---

[27] The X clip and caption from Clem's August 21, 2025 show are available at:
https://x.com/TheBubbaArmy/status/1958547794559385757
[28] Clem's August 21, 2025 appearance on Wrestling with the Devil a Lee Cole 111 Podcast is available at: https://www.youtube.com/watch?v=kzeWfA82ZxM
[29] *See supra,* note 13.
[30] Clem's August 25, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=snHoFJAIHlE

70.     On August 26, 2025, Clem continued to suggest that there was some sort of cover-up related to Bollea's death and said that he would be questioning Bollea's wife, doctors, and therapists as suspects.[31] He also posted the following on X:[32]



71.     After touting various conspiracy theories about Bollea's death for approximately four weeks, the time was near for Clem's Documentary to be released. During his show on August 28, 2025, Clem revealed that his Documentary would have a VIP invite-only premiere on Friday, September 5th starting at 7:30pm at a theater in Tampa.[33]

72.     At the conclusion of the show, Clem played a 2 minute and 47 second trailer of the Documentary (the "Trailer").

73.     In the Trailer, there is a video clip from the Unauthorized Video. Further, the Trailer confirms that Bollea and the Unauthorized Video will be prominent features of the Documentary. ███████████████████████████████

████████████████████████████████████████████████████

---

[31] Clem's August 26, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=F5iZcq9hoG4
[32] This caption and related clip area available at:
https://x.com/TheBubbaArmy/status/1960337070963974350
[33] Clem's August 28, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=C2-mlGZsg3Q

████████████████████████████████████

███████████████.

74.    The Trailer was also published on the homepage of the website www.videokilledtheradiostarmovie.com (the "Website").

75.    The Website uses the Hulk Hogan Mark in connection with promoting and advertising the sale of the Documentary. The Hulk Hogan Mark is included in the title of Documentary and on a DVD that serves as a graphic for the Website and Documentary:



76.    Neither Bollea nor the Estate ever authorized, approved, or consented to the use of the Hulk Hogan Mark in connection with the promotion and sale of the Documentary.

77.    The Website also confirms that the Documentary "unpacks the lies, the betrayals, and the lawsuit that rewrote the rules of privacy," and will be available for "pre sale" on September 3, 2025 through iTunes.

78.    During his show on September 2, 2025, Clem promoted the Documentary, the Trailer, and the Website, including the Website's "artwork," and encouraged his listeners to pre-buy the Documentary for $20 on iTunes.[34]

79.    Clem reiterated that the Documentary will be available for purchase on Amazon Prime and Google Play on September 12, 2025, and that he would be promoting the Documentary this week.

80.    Clem also confirmed that the Documentary will be premiering on Friday, September 5, 2025 during a private event, and it will be played in its entirety. Clem claims to have sent out 500 invites to the show, and he expects 350 to 400 people to come to the premiere. At the conclusion of the event, Clem will participate in a question-and-answer session.

81.    Clem pushed his listeners to pre-buy the Documentary so he could reach his goal of 1,000 prebuys. According to Clem, reaching this threshold will help the Documentary reach the front page of Apple TV and receive further exposure.

███ ░ ████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████.

---

[34] Clem's September 2, 2025 show is available on YouTube at:
https://www.youtube.com/watch?v=dIVe_uuEDpY&t=9020s

83.     Clem has said that he has been working on this documentary for years. At no point, however, has Bollea or the Estate ever consented to the publication or dissemination of the Documentary, the content on which the Documentary appears to be based, or to Clem's participation in a production directly related to the Unauthorized Video.

84.     All conditions precedent to the bringing and maintenance of this action and the granting of the relief requested have occurred, have been performed, or have been waived.

85.     The Estate has retained undersigned counsel to represent it in this matter and is obligated to pay its attorneys a reasonable fee for their services rendered.

## COUNT I
## Copyright Infringement

86.     The Estate realleges paragraphs 1 through 85.

87.     The Estate owns a valid and registered copyright for the Unauthorized Video.

88.     Clem copied, reproduced, publicly displayed, and distributed portions of the Unauthorized Video without authorization or license when he published the Trailer on his YouTube channel.

89.     Upon information and belief, Clem has unlawfully retained or acquired a copy of the Unauthorized Video or portions thereof.

90.     Based on the subject matter and Clem's description of the Documentary, upon information and belief, the Documentary will include even more unlawfully copied excerpts of the Unauthorized Video.

91.     Clem will engage in additional widespread copyright infringement if he releases and publishes excerpts of Unauthorized Video on the streaming services he has referenced in promoting the Documentary.

92.     Clem knew that his use of the Unauthorized Video constituted direct copyright infringement. Thus, Clem has willfully infringed and continues to willfully infringe on the Estate's copyright in the Unauthorized Video.

93.     As a direct and proximate cause of Clem's infringement, the Estate has suffered damages.

94.     Clem has profited and will profit in the future from his infringement through sales of the Documentary which include portions of the Unauthorized Video.

WHEREFORE, Plaintiffs, Terry McCoy and Nicholas Bollea, as personal representatives of the Estate of Terry Bollea, demand judgment against Defendant, Bubba Clem as follows: (a) Clem and his agents, employees, affiliated entities, and all those in active concert with them, be permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501, including but not limited to, publishing and disseminating the Trailer, the Documentary, or any related content that contains any portion or excerpt of the Unauthorized Video; (b) Clem be required to pay the Estate its actual damages plus Clem's profits attributable to Clem's infringement, or, at the Estate's election, statutory damages, including enhanced statutory damages for

willful infringement pursuant to 17 U.S.C. § 504; (c) Clem be required to account for all profits, income, receipts, and other benefits derived as a result of its infringing and unlawful conduct; (d) the Estate to be awarded its costs and attorneys' fees pursuant to 17 U.S.C. § 505; (e) all copies of the infringing Documentary be impounded pursuant to 17 U.S.C. § 503; (f) the Estate to be awarded interest; and (g) the Estate to be awarded such additional and further relief as the Court deems just and proper.

**COUNT II**
**Federal Trademark Infringement in**
**Violation of Section 32 of the Lanham Act**

95.    The Estate realleges paragraphs 1 through 85.

96.    The Estate owns a federal registration for the Hulk Hogan Mark.

97.    Clem has used in commerce a reproduction and imitation of the Hulk Hogan Mark, including in the promoted titled of the Documentary and in advertising and promotional materials on an image of a DVD.

98.    Clem's actions in using the Hulk Hogan Mark in United States commerce in connection with the promotion and offer for sale of the Documentary is likely to cause consumer confusion, or to cause mistake, or to deceive in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

99.    Clem's unauthorized use of the Hulk Hogan Mark has been with notice of the Estate's registration, prior use, and rights in the Hulk Hogan Mark.

100.    Clem has and continues to engage in the conduct set forth above, which is likely to confuse the public and consumers.

101.  As a direct and proximate result of Clem's willful and intentional infringement, Clem has profited, and the Estate has suffered damages.

102.  Additionally, as a direct and proximate result of Clem's willful and intentional infringement continues to suffer irreparable harm for which it has no adequate remedy at law.

103.  Clem's conduct has and will continue to cause irreparable harm to the Estate unless restrained, restricted, and enjoined by this Court.

WHEREFORE, Plaintiffs, Terry McCoy and Nicholas Bollea, as personal representatives of the Estate of Terry Bollea, respectfully request that the Court enter judgment in its favor and grant the following relief:

(a)    That Clem's aforementioned acts be adjudged to be infringement in violation of 15 U.S.C. § 1114 and that Clem, and his agents, employees, affiliated companies, and all persons in active concert or participation with them, be permanently enjoined as follows:

1)    To cease any and all promotion, advertising, marketing and use of the Hulk Hogan Mark;

2)    To perform other and such further acts as may be reasonably necessary to eliminate any confusion in the minds of the consuming public as to the nonexistence of any relationship between Clem and his products on the one hand, and the Estate, its Hulk Hogan Mark, and Clem's products and services on the other;

(b)    Pursuant to Title 15 United States Code, Section 1117, that Clem be ordered to:

1)    Account for and pay over to the Estate all gains, profits, and advantages derived by Clem through his infringement;

2)    Pay the Estate damages arising from the above-described acts in a just amount to be determined at the trial of this action and in accordance with 15 U.S.C. § 1117(a), including treble damages, together with costs, disbursements, and reasonable attorneys' fees.

(c)    That the Estate be awarded the costs of corrective advertising;

(d)    That the Estate be awarded exemplary damages in an amount to be determined at trial, by reason of Clem's willful, wanton, and intentionally infringing activities as set forth above;

(e)    That the Estate be awarded its costs and attorneys' fees; and

(f)    That the Estate be awarded such other and further relief as this Court may deem just, proper, and equitable.

### COUNT III
**Federal Trademark Infringement in
Violation of Section 43 of the Lanham Act**

104.    The Estate realleges paragraphs 1 through 85.

105.    The Estate owns a federal registration for the Hulk Hogan Mark.

106.    Clem's actions in using the Hulk Hogan Mark in United States commerce in connection with the promotion and offer for sale of the Documentary constitutes a

false designation of origin, sponsorship, or approval in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a).

107.    Clem's unauthorized use of the Hulk Hogan Mark has been with notice of the Estate's prior use and rights in the Hulk Hogan Mark.

108.    Clem has and continues to engage in the conduct set forth above with the intent to deceive and defraud the public and consumers of Clem's product and to pass and palm off Clem's product as offered by the Estate.

109.    Clem's acts have created and are likely to continue to create confusion in the minds of reasonable consumers as to the affiliation, endorsement, and sponsorship of his activities by the Estate.

110.    As a direct and proximate result of Clem's willful and intentional infringement, Clem has profited, and the Estate has suffered damages.

111.    Additionally, as a direct and proximate result of Clem's willful and intentional infringement continues to suffer irreparable harm for which it has no adequate remedy at law.

112.    Clem's conduct has and will continue to cause irreparable harm to the Estate unless restrained, restricted, and enjoined by this Court.

WHEREFORE, Plaintiffs, Terry McCoy and Nicholas Bollea, as personal representatives of the Estate of Terry Bollea, respectfully request that the Court enter judgment in its favor and grant the following relief:

(a)    That Clem's aforementioned acts be adjudged to be infringement and unfair methods of competition in violation of 15 U.S.C. § 1125(a) and that Clem, and

his agents, employees, affiliated companies, and all persons in active concert or participation with them, be permanently enjoined as follows:

    1)    To cease any and all promotion, advertising, marketing and use of the Hulk Hogan Mark;

    2)    To perform other and such further acts as may be reasonably necessary to eliminate any confusion in the minds of the consuming public as to the nonexistence of any relationship between Clem and his products on the one hand, and the Estate, its Hulk Hogan Mark, and Clem's products and services on the other;

(b)    Pursuant to Title 15 United States Code, Section 1117, that Clem be ordered to:

    1)    Account for and pay over to the Estate all gains, profits, and advantages derived by Clem through his infringement;

    2)    Pay the Estate damages arising from the above-described acts in a just amount to be determined at the trial of this action and in accordance with 15 U.S.C. § 1117(a), including treble damages, together with costs, disbursements, and reasonable attorneys' fees.

(c)    That the Estate be awarded the costs of corrective advertising;

(d)    That the Estate be awarded exemplary damages in an amount to be determined at trial, by reason of Clem's willful, wanton, and intentionally infringing activities as set forth above;

(e)     That the Estate be awarded its costs and attorneys' fees; and

(f)     That the Estate be awarded such other and further relief as this Court may deem just, proper, and equitable.

## <u>COUNT IV</u>
### Breach of Contract

113.    The Estate realleges paragraphs 1 through 85.

114.    The Settlement Agreement is a valid binding agreement executed by Clem and Bollea.

115.    Bollea's rights under the Settlement Agreement passed to the Estate upon his death.

116.    Clem breached the Settlement Agreement by: 

117.    The Estate will suffer immediate and irreparable harm if an injunction is not entered,

118.    Under the circumstances, the Estate lacks an adequate remedy at law to compensate it for the harm Clem continues to cause.

119.    The injury to the Estate outweighs any possible harm an injunction may cause Clem.

120.    The public interest would be served by entry of an injunction that protects and enforces parties' contracts and prevents unlawful conduct.

WHEREFORE, Plaintiffs, Terry McCoy and Nicholas Bollea, as personal representatives of the Estate of Terry Bollea, request that this Court: (1) enter a permanent injunction enjoining Clem, and his agents, employees, affiliated entities, and all those in active concert with him from:

(a)    promoting, publishing, or disseminating the Trailer, the Documentary, or any other related content;



(2)    and that the Estate be awarded such additional and further relief as the

Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
Brad F. Barrios – FBN 35293
E-mail: bbarrios@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Plaintiff*

## <u>VERIFICATION</u>

Under penalty of perjury, I declare that I have read every statement of this Complaint, and, to the best of my knowledge, the facts stated herein are true and accurate.

DocuSigned by:

*Terry McCoy*

D32C268251EF4CA

Terry McCoy, as co-personal representative of the Estate of Terry Bollea

DocuSigned by:

*Mick Bollea*

D9A4699FA75B4E5

Nicholas Bollea, as co-personal representative of the Estate of Terry Bollea