# EXHIBIT A

<strong>UNITED STATES DISTRICT COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION</strong>

TERRY MCCOY AND
NICHOLAS BOLLEA, as
Personal Representatives
of the ESTATE OF TERRY
G. BOLLEA,                                                 Case No. 8:25-cv-2334-TPB-AAS

      Plaintiffs,

v.

BUBBA THE LOVE SPONGE
CLEM,

      Defendant.
_____/

## DECLARATION OF BUBBA THE LOVE SPONGE® CLEM

    I, Bubba the Love Sponge®[1] Clem, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: bubba

1. My name is Bubba the Love Sponge Clem. I am over the age of 18 and competent to make this declaration. The statements herein are based on my personal knowledge.

2. I am a defendant in the above-captioned matter.

3. I did not finance, produce, direct, edit, distribute, or otherwise control the documentary film entitled *Video Killed the Radio Star* (the "documentary film").

4. I have no ownership interest in the documentary film, nor do I have any ownership interest in the company that owns the rights to the documentary film. I have no contractual or legal right to distribute, exhibit, or control the documentary film in any respect.

---

[1] Bubba the Love Sponge is a registered trademark of Bubba Radio Network, Inc.

1

Declaration of Bubba the Love Sponge Clem

5. As the subject of the documentary film, I was interviewed and provided commentary about events in which I was personally involved.

6. My production company, Bubba Radio Network, Inc. ("BRN") owns the rights to the content I created during my radio career. BRN and I licensed the BRN content for use in the documentary film ("Content"), and BRN and I are contractually obligated to promote the documentary film.

7. I did not create, edit, or produce the trailer for the documentary film. I was provided with a link to the trailer from the documentary film's producer and showed it on my August 28, 2025, radio show. To my knowledge the trailer was publicly available the next day on the documentary film's website. I have no contractual or legal right to alter, remove, or restrict the trailer or the documentary film itself.

8. I do not possess any portion of the so-called "sex tape" involving Terry Bollea. I do not have a copy of that tape, and I have no ability or means of obtaining one.

9. Nothing in my possession, custody, or control includes any version, copy, or excerpt of the sex tape. The Content includes excerpts taken from clips that had already been broadcast by major news outlets

10. To the best of my knowledge, all materials, videos, or images I saw in the publicly released trailer for the documentary film were clips that had already been broadcast by major news outlets reporting on the sex tape scandal years ago. These materials were, and remain, in the public domain and readily accessible on the internet.

11. To the best of my knowledge, the documentary film does not exhibit the sex tape itself. Instead, it uses publicly available news footage and commentary to provide historical context.

12. I have no legal or contractual right to control the release, distribution, or exhibition of the documentary film or its trailer, and I have no authority to stop its dissemination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Sept 8th, 2025.

_____
Bubba the Love Sponge Clem