UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCOY and
NICHOLAS BOLLEA, as
Personal Representatives of the
ESTATE OF TERRY G. BOLLEA,

Case No.: 8:25-cv-2334-TPB-AAS

    Plaintiff,

v.

BUBBA THE LOVE SPONGE CLEM,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING DECLARATION IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs, Terry McCoy and Nicholas Bollea, as co-personal representatives of the Estate of Terry Bollea, by undersigned counsel, hereby gives notice of filing the Declaration of Terry McCoy attached hereto in support of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 2 and 6] set for hearing on September 17, 2025 at 2:00 p.m. [Doc. 19].

                                              */s/ Kenneth G. Turkel*
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
Brad F. Barrios - FBN 35293
E-mail: bbarrios@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
Turkel • Cuva • Barrios • Guerra
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

Tel: (813) 834-9191<br>
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kenneth G. Turkel*
Attorney