UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCOY and
NICHOLAS BOLLEA, as
Personal Representatives of the
ESTATE OF TERRY G. BOLLEA,

Case No.: 8:25-cv-2334-TPB-AAS

    Plaintiff,

v.

BUBBA THE LOVE SPONGE CLEM,

    Defendant.
_____/

## DECLARATION OF TERRY MCCOY

I, Terry McCoy, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746, that the following statements are true and correct

1. I am over the age of 18 and I am competent to testify.

2. I have personal knowledge of the facts and circumstances described in this Declaration and I have reviewed the relevant documents to be able to attest to the following.

3. On August 28, 2025, Clem published an episode of the Bubba Morning Show and Clem displayed the trailer for the documentary, *Video Killed the Radio Star* (the "Documentary"). At approximately the 3:56:45 mark of the show, the trailer includes a clip of the Unauthorized Video (as defined in the Verified Complaint). Clem's show, which includes the trailer with the Unauthorized Video, is still accessible

today at the following link: https://www.youtube.com/watch?v=C2-mlGZsg3Q&t=14233s

4. On September 2, 2025, I filed a Verified Complaint for Injunctive Relief and Damages, along with Nicholas Bollea, as personal representative of the Estate of Terry Bollea. [Doc. 1].

5. On September 3, 2025, Clem stated the following on the Bubba Morning Show at the 3:32 mark:

> "There ain't no stinking lawsuit that is going to stop me from selling this baby. … And you know what? And and and and I'm and I'm telling you right now that that we're doing the premiere on Friday, too."

The clip is available at https://www.youtube.com/live/fdITSrmRYyc.

6. On September 4, 2025, the Court entered a Temporary Restraining Order [Doc. 13].

7. On September 5, 2025, the Documentary was released for a private premiere screening in Tampa, Florida.

8. On September 8, 2025, the court in the matter of *In re: Estate of Terry Gene Bollea,* in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Probate Division, entered an Order Appointing Curator, appointing me as Curator of the Estate of Terry Gene Bollea. Copies of the Order and Letters of Curatorship are attached as **Composite Exhibit A**.

9. On September 9, 2025, the Tampa Bay Times published an article titled, We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over. The article quotes Clem as follows: "On Friday, eight seconds of footage were edited out

2

of the doc…and Centro Asturiano management was assured in writing that the producers assumed full liability." Further, the article states that, "Clem said [the Documentary] will include the eight seconds of sex tape that were edited out from the Tampa screening." A true, complete, and authentic copy of the article is attached as **Exhibit B**.

10. On September 12, 2025, the Documentary was released to the public. The Documentary is available at:

    a. Apple: https://tv.apple.com/us/movie/video-killed-the-radio-star/umc.cmc.2m6etxnx4wherjzyz4jc4j3uk

    b. Amazon: https://www.amazon.com/gp/video/detail/0OL8YLDZLVE5BMXL9WUL2XZVXP/ref=share_ios_movie

    c. Google Play: https://play.google.com/store/movies/details/Video_Killed_The_Radio_Star?id=1OeNgdP-8Fw.P&hl=en_US&pli=1

11. I streamed the Documentary from Apple TV and watched it in its entirety.

12. The Documentary includes several videos and still images from the Unauthorized Video. The videos and images appear at approximately the following time stamps:

    a. 1:03 -1:12 – still photo

    b. 2:04 -2:19 – video clip and still photo

    c. 2:29 – still photo

    d. 3:57 – still photo

3

    e.    4:00 – still photo

    f.    50:02 – still photo

    g.    51:01 – video clip

    h.    54:23 – video clip

    i.    54:28 – video clip

    j.    54:50 – still photo

    k.    1:13:51 – still photo

    l.    1:14:10 – still photo

    m.    1:26:42 – still photo

    n.    1:26:53 – still photo

    o.    1:28:26 – still photo

    p.    1:33:23 – still photo

    q.    1:34:12 – still photo

13. In addition, the Documentary includes several interviews of Clem discussing Terry Bollea's personal life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2025.

DocuSigned by:

*Terry McCoy*

Terry McCoy

4

# COMPOSITE EXHIBIT A

Case 8:25-cv-02334-TPB-AAS   Document 23-1   Filed 09/16/25   Page 5 of 19 PageID 347

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION

INRE: ESTATE OF

File No. _____

TERRY GENE BOLLEA
Deceased.

Division: PROBATE

## ORDER APPOINTING CURATOR

THIS CAUSE, came on before the undersigned Judge of this Court on September 8, 2025, on the Petition to Appoint Curator filed by NICHOLAS A. BOLLEA and TERRY L. MCCOY.

The Court, having reviewed the Petition and being otherwise fully advised in the premises, finds that the appointment of a Curator is necessary to protect the assets of the estate. IT IS THEREUPON,

**ORDERED AND ADJUDGED** that:

1. TERRY L. MCCOY is hereby appointed as Curator of the Estate of TERRY GENE BOLLEA, deceased.

2. The Curator shall have all the powers and duties as provided by Florida law, including, but not limited to, representing the Estate in ongoing legal matters which will include appearing as a party in litigation on behalf of the Estate, requesting and receiving medical records, retaining legal counsel for lawsuits on behalf of the Estate, and as otherwise appropriate to identify, marshal, protect and preserve the Estate's assets.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers, Pinellas County Courthouse, Saint Petersburg, Florida, this \_\_\_\_ day of _____, 2025.

09/08/2025 05:46:43 PM

*Pamela A.M. Campbell, Circuit Judge*
09/08/2025 17:46:43 522025CP008672XXESPR

**JUDGE PAMELA A. M. CAMPBELL**
**6th Judicial Circuit Court Judge**

cc: Raleigh "Billy" Greene, Esq. via email
Alan S. Gassman, Esq. via email
Terry L. McCoy via U.S. Mail
Nicholas A. Bollea via U.S. Mail

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION**

| | |
|---|---|
| **INRE: ESTATE OF** | File No. _____ |
| **TERRY GENE BOLLEA**<br>  Deceased. | Division: **PROBATE** |

## **LETTERS OF CURATORSHIP**

TO ALL WHOM IT MAY CONCERN,

WHEREAS, TERRY GENE BOLLEA, a resident of Pinellas County, Florida, died on April 24, 2025, owning assets in the State of Florida, and

WHEREAS, TERRY L. MCCOY has been appointed curator of the Estate of the Decedent and has performed all acts prerequisite to issuance of Letters of Curatorship in the Estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare TERRY L. MCCOY duly qualified under the laws of the State of Florida to act as Curator of the Estate of TERRY GENE BOLLEA, deceased, to perform all powers and duties as provided by Florida law, as stated within the Order Appointing Curator, and further as follows:

1. Identify, marshal, protect and preserve all of the assets of the Estate with the full power and authority of a personal representative including, without limitation, records belonging to, or that were subject to the control of, the Decedent.

2. File a verified inventory with the Court within sixty (60) days of entry of the Letters of Curatorship and, if necessary, file an amended or supplemental inventory.

3. Prepare and file tax returns for the Estate, including, without limitation, Federal income and estate tax returns.

4. Claim or waive the Decedent's rights under §90.502(3)(c), Fla. Stat.

5. Representing the Estate in ongoing legal matters which will include appearing as a party in litigation on behalf of the Estate, requesting and receiving medical records, retaining legal counsel for lawsuits on behalf of the Estate.

6. Defend claims against the Estate including, without limitation, any independent action filed by a creditor of the Estate following an objection by the curator or other interested person.

7. Compromise, settle, and pay debts of the Decedent.

8. Perform with full authority the acts listed above and, in all respects, do and perform all duties as are by law and order of this Court required of a personal representative; and

9. Publishing and serving a Notice to Creditors, and filing any objections to creditors' claims

DONE AND ORDERED

09/08/2025 06:07:52 PM

*[signature]*
09/08/2025 18:07:52 522025CP008672XXESPR
Pamela A.M. Campbell, Circuit Judge
09/08/2025 18:07:52 522025CP008672XXESPR

_____
The Honorable Pamela A. M. Campbell
Circuit Court Judge

cc:   Raleigh W. Greene, IV, Esq.
      Alan Gassman, Esq.

# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over |
| Capture URL: | https://www.tampabay.com/life-culture/arts/movies/2025/09/09/video-killed-the-radio-star-hulk-hogan-documentary-bubba/ |
| Page loaded at (UTC): | Tue, 16 Sep 2025 19:42:50 GMT |
| Capture timestamp (UTC): | Tue, 16 Sep 2025 19:43:48 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 10 |
| Capture ID: | nCWShvrMmk8DK9BuDgZcF1 |
| Display Name: | garnold |

PDF REFERENCE #:   mf1SzBdChxzUTARD5ybNGX


Menu 

ADVERTISEMENT

LIFE & CULTURE / ARTS / MOVIES

# We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over

"Video Killed the Radio Star" tells a story Bubba the Love Sponge has told for years.

    9



Hulk Hogan, who died in July, appears on stage at the Republican National Convention in 2024. A new documentary titled "Video Killed the Radio Star," exploring the story behind the Hogan sex, tape premiered in Tampa on Sept. 5. [ JULIA NIKHINSON | AP ]

By **Christopher Spata** *Times staff*

Published Sept. 9 | Updated Sept. 9

Hundreds of friends, fans and radio sponsors gathered at a red-carpet premiere at the historic Centro Asturiano de Tampa on the edge of Ybor City on Friday, in part, to answer a question:

Was there anything left to say about the Hulk Hogan sex tape that hadn't been said in the 13 years since Gawker published it under the headline, "Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work But Watch It Anyway"?

For the radio star Bubba the Love Sponge Clem, who in his telling of the saga has always been equal parts victim and repentant screwup, the answer is always yes.

ADVERTISEMENT



---

For the radio star Bubba the Love Sponge Clem, who in his telling of the saga has always been equal parts victim and repentant screwup, the answer is always yes.

*ADVERTISEMENT*



Clem, a once-mighty force in Tampa Bay media and national satellite radio, has for years been plagued by a sense of persecution. He can't bear that some still blame him for leaking the private tape of his wife and his best friend. It also drives him crazy that what he claims was a conspiracy by a rival radio host and a producer on his own show to bring Clem down has gone, in his mind, mostly ignored.

The new 150-minute documentary "Video Killed the Radio Star" tells Clem's side of the story in full detail, and then some, spreading the drama of Bubba the Love Sponge's rise and fall over 14 chapters.

Hulk Hogan's daughter Brooke Hogan attended the premiere and sat next to the guy she calls her "Uncle Bubba." Meanwhile, Brooke's brother, Nick Hogan, nearly succeeded in shutting down the event.

Hours before guests arrived, Clem said, the venue informed him that they would not be able to show the movie due to legal liability.

Nick Hogan, representing his late father's estate, sued Clem last week in federal court alleging that the movie constitutes copyright infringement, trademark infringement and breach of contract. The estate sought a restraining order to stop Clem from "promoting or publishing the documentary and other related content, discussing the sex tape or the circumstances surrounding it."

*ADVERTISEMENT*



Document title: We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over
Capture URL: https://www.tampabay.com/life-culture/arts/movies/2025/09/09/video-killed-the-radio-star-hulk-hogan-documentary-bubba/
Capture timestamp (UTC): Tue, 16 Sep 2025 19:43:48 GMT
Page 2 of 9

In 2012, Hulk Hogan, real name Terry Bollea, reached a settlement with Clem. The radio host gave up his rights to the sex tape filmed on his home security system to Bollea. Bollea then registered the sex tape with the U.S. copyright office.

On Thursday, a federal judge issued a temporary restraining order barring Clem from publishing any part of the tape in the documentary.

On Friday, eight seconds of footage were edited out of the doc, Clem said, and Centro Asturiano management was assured in writing that the producers assumed full liability. The show went on.

"Any of y'all feeling naughty for being here?" asked a host before the lights went down. The film opened on a shot of present-day Clem driving through Tampa at night, listening to a 1990s broadcast of his own voice.



The slickly edited documentary blends archive footage of Clem in his shock-jock heyday with a whirlwind of TV news clips and headlines from this newspaper, plus interviews with Clem's associates and friends.

That includes former Channel 10 anchor Reginald Roundtree — lightly bearded, smoking cigarettes and looking looser than he ever did on TV — and prominent Tampa Bay criminal attorney J. Kevin Hayslett, who represented Hogan's son in his DUI crash case and has often appeared on Clem's radio show.

NPR critic-at-large Eric Deggans, who covered Clem for years as a writer for the Tampa Bay Times, serves as a voice of neutrality while confirming that the Bubba years were a wild time on the local airwaves.

ADVERTISEMENT



Unsurprisingly, though, it's Clem, the guy who made a fortune off being a compelling talker, who tells the tale better than anyone. He recounts his explosive rise to fame and mismanaged wealth. He details how his huge ratings and profits helped him overcome his many controversies, including being arrested for an on-air gimmick involving a wild boar.

For those who lived in Tampa Bay in the 1990s and 2000s, the first half of the doc is a well-honed, hilariously paced nostalgia bomb. For a wider audience, the shock-jock radio wars it recounts might prove a fascinating look at a branch of American media that has rarely been examined in depth.

But there's also a strange dissonance in how "Video Killed the Radio Star" presents its central character. On one hand, Bubba and his crew are shown as wild men willing to douse each other with bodily fluids or get their nipples pinched with live crab claws for a radio stunt. One interviewee calls them "'Jackass' before 'Jackass'."

On the other hand, Clem is presented as a heroic voice of the people, exposing corruption and calling out what he saw as Tampa's "good 'ole boy" system of power, especially former elected Tampa state attorney Mark Ober. The movie suggests, more than once, that Clem was "persecuted" for challenging that power more than any of his R-rated content.



Both could be true. The archives of talk radio hosts who've spent 10,000-plus hours on-air contain multitudes. But positioning Bubba the Love Sponge as

Document title: We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over
Capture URL: https://www.tampabay.com/life-culture/arts/movies/2025/09/09/video-killed-the-radio-star-hulk-hogan-documentary-bubba/
Capture timestamp (UTC): Tue, 16 Sep 2025 19:43:48 GMT
Page 4 of 9

Both could be true. The archives of talk radio hosts who've spent 10,000-plus hours on-air contain multitudes. But positioning Bubba the Love Sponge as something akin to a traditional journalist could be a tough hill to summit in a doc where the words "no panties Thursday" are uttered many times.

Near the end, with help from Roger Stone, the film tries to draw a line between Clem, the sex tape, the prosecution of President Donald Trump's former attorney Michael Cohen and Trump's own conviction on 34 felonies — plus cancel culture and the supposed crumbling of journalistic standards.

By the time that segment climaxes with a photo of a bloodied Trump raising his fist after surviving an assassination attempt, any through line in the story has become a hopelessly tangled knot.

The true heart and human drama of the movie lies in Clem's relationship with his wildly famous friend Hulk Hogan. The documentary features intimate footage from Clem's wedding, where Hulk served as best man, and other behind-the-scenes looks into their years-long friendship.

Clem candidly answers questions about how his friend ended up in bed with his wife, why it was all captured on his home security system and how the DVD ended up at Clem's studio, where it was apparently stolen.

The documentary raises questions as to why no one was charged criminally in that theft. Tampa police concluded that a longtime employee named Matt "Spice Boy" Lloyd stole the DVD from Bubba's office. The state prosecutors' office in Hillsborough County, then led by Ober, declined to charge Lloyd.

ADVERTISEMENT

Lloyd, Ober and the current Tampa radio host Mike Calta — whom the documentary accuses of having a role in leaking the sex tape — are not interviewed. The movie sidesteps any mention of the other part of the tape that leaked, in which Hogan said the n-word.

After Friday's screening, Brooke Hogan said she had forgiven Clem for his role in keeping the DVD that had damaged her father's reputation and hurt her by proxy.

Document title: We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over
Capture URL: https://www.tampabay.com/life-culture/arts/movies/2025/09/09/video-killed-the-radio-star-hulk-hogan-documentary-bubba/
Capture timestamp (UTC): Tue, 16 Sep 2025 19:43:48 GMT
Page 5 of 9

After Friday's screening, Brooke Hogan said she had forgiven Clem for his role in keeping the DVD that had damaged her father's reputation and hurt her by proxy.

After her father died in July, Brooke Hogan said she'd reached out to Bubba through his radio show to let him know how she felt.

"My dad told me all the way back in 2012 that he knew it wasn't Bubba who leaked the tape," she said. "I remember asking him why they couldn't be friends again after their settlement, but it was complicated. It makes me sad to think about it, but at least I can be here now."

Clem walked up, and Brooke put her arm around him. "I'm just glad I have my Uncle Bubba back," she said.

Clem, who has been telling a version of this story for over a decade, said he felt some closure after screening it for a large audience.

"I'm just glad it's finally out there," he said. "I mean, can you believe, after seeing that, what they got away with?"

"Video Killed the Radio Star" is available for pre-order now on Apple TV and will become available on Sept. 12.

Clem said that will include the eight seconds of sex tape that were edited out from the Tampa screening.



Christopher Spata is an enterprise reporter covering Floridians and culture. He can be reached at cspata@tampabay.com.

## Join the Conversation

Anyone can view a sampling of recent comments, but you must be a Times subscriber to contribute. Log in above or subscribe here.

Conversations are opinions of our readers and are subject to the Community Guidelines.

TOP COMMENTS 1    ALL COMMENTS 9

 K. Lee · 6 DAYS AGO

A documentary by Clem telling Clem's side of the story is one thing. Trying to connect those dots with Trump's political shenanigans is entirely different, and for me, a reason not to watch.

REPLY   👍 9   👎 0

ADVERTISEMENT









 



Document title: We saw the documentary Hulk Hogan's son sued Bubba the Love Sponge over
Capture URL: https://www.tampabay.com/life-culture/arts/movies/2025/09/09/video-killed-the-radio-star-hulk-hogan-documentary-bubba/
Capture timestamp (UTC): Tue, 16 Sep 2025 19:43:48 GMT
Page 7 of 9

ADVERTISEMENT

**Around the Web**  REVCONTENT


**Hidden Cause Behind Early Dementia Finally Revealed**
Neurocept


**Sharpen Your Chainsaw in 10 Seconds Without Removing The Chain**
Glosrity


**Social Security Recipients Under $2,384/mo Are Now Entitled to 12 "Kickbacks"**
SeniorDiscountsPro


**11 Dumbest Things Middle-Class Americans Waste Money On**
FinanceBuzz


**Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask**
Super Saving Online


**Mystery Solved: Dementia Linked to This Everyday Habit. Do You Do It?**
BrainDefender

ADVERTISEMENT

**Opioid-crisis drama transforms 2 Seminole schools into film sets**
Aug. 24
• Movies


**A short person ponders Florida's leg-lengthening industry | Column**
Aug. 20
• Viewpoints


**Morgan Freeman is coming to St. Petersburg for a night of the blues**
July 15
• Music News


**$12 million 'Magic Mike' house is for sale in Tierra Verde**
May 29
• Real Estate


**'Wicked' star Cynthia Erivo to perform with Florida Orchestra this week**
April 28
• Life & Culture


**Movie about football players' fatal boat accident to premiere in St. Petersburg**
April 21
• Movies


**Oscars 2024: 'Anora' dances away with top prize**
March 2
• Life & Culture


**'Fast & Furious' actors to appear at Tampa FuelFest**
Feb. 25
• Life & Culture


ADVERTISEMENT



**Tampa Bay Times**     

Contact    Account    About    Advertise    Shop    More





**11 Dumbest Things Middle-Class Americans Waste Money On**
FinanceBuzz

**Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask**
Super Saving Online

**Mystery Solved: Dementia Linked to This Everyday Habit. Do You Do It?**
BrainDefender

Opioid-crisis drama transforms 2 Seminole schools into film sets

Aug. 24
• Movies

A short person ponders Florida's leg-lengthening industry | Column

Aug. 20
• Viewpoints

Morgan Freeman is coming to St. Petersburg for a night of the blues

July 15
• Music News

$12 million 'Magic Mike' house is for sale in Tierra Verde

May 29
• Real Estate

'Wicked' star Cynthia Erivo to perform with Florida Orchestra this week

April 28
• Life & Culture

Movie about football players' fatal boat accident to premiere in St. Petersburg

April 21
• Movies

Oscars 2024: 'Anora' dances away with top prize

March 2
• Life & Culture

'Fast & Furious' actors to appear at Tampa FuelFest

Feb. 25
• Life & Culture

ADVERTISEMENT



# Tampa Bay Times

   

### Contact
Help Chat
Customer Service
Submit a News Tip
Contact

### Account
Digital access
Home delivery
Newsletters
Manage my account
Donate
Subscriber FAQ
e-Newspaper FAQ
e-Newspaper App FAQ

### About
Times Publishing Company
About us
Connect with us
Careers

### Advertise
Times Total Media
Media Kit
Place an ad
Public Notices
Classifieds
Best of the Best

### Shop
Champa Bay Shop
Bucs Hardcover Book
Lightning Hardcover Book
Photo Reprints
Article Reprints
Article Licensing
Historic Front Pages
Meeting Backgrounds

### More
Spotlight
News in Education
Expos
Homes
Sponsored Content
Special Sections
Apps
Podcasts
Archives

© 2025 All Rights Reserved    Times Publishing Company                    Privacy Policy

---