UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCOY and
NICHOLAS BOLLEA, as
Personal Representatives of the
ESTATE OF TERRY G. BOLLEA,

Case No.: 8:25-cv-2334-TPB-AAS

    Plaintiffs,

v.

BUBBA THE LOVE SPONGE CLEM,

    Defendant.

_____/

**SUPPLEMENTAL LOCAL RULE 3.01(g)
CERTIFICATE OF CONFERRAL TO PLAINTIFFS'
MOTION TO SUBSTITUTE PARTY PLAINTIFF [DOC. 24]**

Plaintiffs completed their good faith meet and confer regarding this Motion and Defendant and Intervenor both oppose the requested relief.

    /s/ Kenneth G. Turkel
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
Brad F. Barrios - FBN 35293
E-mail: bbarrios@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
Turkel • Cuva • Barrios • Guerra
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of September, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Kenneth G. Turkel*
                                        Attorney