UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:25-cv-2334-TPB-AAS | DATE: September 17, 2025 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **TERRY MCCOY et al**<br><br>v.<br><br>**BUBBA THE LOVE SPONGE CLEM** | **PLAINTIFF COUNSEL:**<br>Kenneth Turkel<br><br>**DEFENSE COUNSEL:**<br>James McDonough | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Derek Y. |
| **TIME:** 3:00 PM – 3:28 PM<br>**TOTAL:** 28 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**   MOTION HEARING

All parties present and identified for the record.

Dean Kent present for potential intervenor.

Court discusses pending motions with counsel.

Court Witness: Allen Gassman called regarding an "open estate".

TRO is dissolved immediately.

The court will not dismiss the case yet.

Motion for Injunction- DENIED.

The court will issue an order accordingly.