## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TERRY MCCOY and
NICHOLAS BOLLEA, as
Personal Representatives of the
ESTATE OF TERRY G. BOLLEA

     Plaintiff,

                                  CASE NO.: 8:25-cv-2334-TPB-AAS

BUBBA THE LOVE SPONGE CLEM,

     Defendant,

and

Woltz Films, LLC,
a Wyoming Limited Liability Company

     Defendant.

_____/

## DEFENDANTS' NOTICE OF RESOLUTION
## IN PRINCIPLE AND WOLTZ FILMS, LLC's RESPONSE TO MOTION
## FOR EXTENSION OF TIME (DOC. 33)

In accordance with Local Rule 3.09, and pursuant to this Court's Endorsed

Order dated September 29, 2025, (Doc. 34), Bubba the Love Sponge Clem (Clem")

and Woltz Films, LLC ("Woltz")(collectively, "Defendants") hereby provide notice

that the Parties have agreed upon a term sheet with settlement terms in an effort to

resolve the dispute, globally, and are continuing with such discussions. Upon the

Parties' execution of a written Settlement Agreement fully memorializing a resolution, the appropriate party shall file documents to dismiss this case.

Moreover, given the nature of the agreement by the Parties to the term sheet and ongoing settlement communications, which may obviate the need for Plaintiff to file an Amended Complaint, Defendants do not oppose the requested extension of time sought by Plaintiff to file an Amended Complaint via its Motion for Extension of Time to File Amended Complaint (Doc. 33), without prejudice to their ability to oppose such requested enlargement upon the cessation or termination of good faith efforts by the Parties to obtain a finalized, negotiated settlement.

Respectfully submitted

/s/ *J. Kirby McDonough*
J. KIRBY MCDONOUGH
Florida Bar No. 79031
kmcdonough@spencerfane.com
ecoutu@spencerfane.com
SPENCER FANE LLP
201 N. Franklin St., Ste. 2150
Tampa, FL 33602
Telephone: 813-424-3501
Facsimile: 813-405-8904
*Attorney for Bubba the Love Sponge Clem*

Respectfully submitted

/s/ *Dean A. Kent*
DEAN A. KENT
Florida Bar No. 0307040
dkent@trenam.com / ac@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5150
Telephone: 813-223-7474
Facsimile 813-229-6553
*Attorney for Woltz Films, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 30, 2025, I electronically filed the Defendants'
Notice of Resolution and Woltz's Response to Motion For Extension (Doc. 33) with
the Clerk of the Court by using the CM/ECF system, which will send a true and
correct copy to all counsel of record.

<u>/s/ Dean A. Kent</u>
Attorney