UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCOY and NICHOLAS
BOLLEA, as Personal Representatives of the
ESTATE OF TERRY G. BOLLEA,

    Plaintiff,

v.

                      Case No.: 8:25-cv-2334-TPB-AAS

BUBBA THE LOVE SPONGE CLEM, and
WOLTZ FILMS, LLC

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), the Parties provide this notice that the Parties have reached an agreement to settle this case. The Parties are finalizing a written settlement agreement and anticipate filing a notice or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of their agreement.

| | |
|---|---|
| */s/ Kenneth G. Turkel* | */s/ Dean A. Kent* |
| Kenneth G. Turkel - FBN 867233 | Dean A. Kent - FBN 0307040 |
| LEAD COUNSEL | dkent@trenam.com |
| E-mail: kturkel@tcb-law.com | ac@trenam.com |
| Brad F. Barrios - FBN 35293 | TRENAM, KEMKER, SCHARF, BARKIN, |
| E-mail: bbarrios@tcb-law.com | FRYE, O'NEILL & MULLIS, P.A. |
| David A. Hayes - FBN 96657 | 101 E. Kennedy Blvd., Suite 3700 |
| E-mail: dhayes@tcb-law.com | Tampa, FL 33602-5150 |
| Turkel • Cuva • Barrios • Guerra | Tel: 813-223-7474 |
| 100 N. Tampa Street, Suite 1900 | *Attorney for Woltz Films, LLC* |
| Tampa, FL 33602 | |
| Tel: (813) 834-9191 | |
| *Attorneys for Plaintiffs* | |

*/s/ J. Kirby McDonough*
J. Kirby McDonough
Florida Bar No. 79031
kmcdonough@spencerfane.com
ecoutu@spencerfane.com
SPENCER FANE LLP
201 N. Franklin St. Ste. 2150
Tampa, FL 33602
Tel: 813-424-3501
Fax: 813-405-8904
*Attorney for Bubba the Love Sponge Clem*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of October, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                            */s/ Kenneth G. Turkel*
                            Attorney